**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> DIANA ESPINOSA, Acting Administrator of U.S. Health Resources and Services Administration, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, Secretary of Health and Human Services, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendants. | Case No. 1:21-cv-1686 |

<u>**JOINT MOTION TO ESTABLISH SCHEDULE FOR PLAINTIFF'S FORTHCOMING MOTION FOR PRELIMINARY INJUNCTION OR SUMMARY JUDGMENT IN THE ALTERNATIVE AND DEFENDANTS' CROSS-MOTION FOR SUMMARY JUDGMENT**</u>

The parties in the above-captioned action have conferred and respectfully request that the Court enter a stipulated schedule governing the briefing for Plaintiff's forthcoming motion for preliminary injunction or summary judgment in the alternative, and for Defendants' cross-motion for summary judgment.

Plaintiff's complaint includes claims under the Administrative Procedure Act challenging Defendant U.S. Health Resources and Services Administration's May 17 and May 28, 2021 determinations that Plaintiff United Therapeutics Corporation is violating its obligations under the 340B statute, 42 U.S.C. § 256b. The parties anticipate that this case should be decided on the basis of the administrative record and that this action most efficiently can be decided through cross-

motions presenting pure questions of law. Accordingly, the parties have conferred and respectfully request that the Court adopt the following schedule for proceedings in this case:

- Defendants will produce the administrative record on **July 9, 2021**;

- Plaintiff will move for a preliminary injunction or summary judgment in the alternative on **July 16, 2021**;

- Defendants will file a combined cross-motion for summary judgment and opposition to Plaintiff's motion for a preliminary injunction or summary judgment in the alternative on **August 10, 2021**;

- Plaintiff will file a combined reply in support of its motion for a preliminary injunction or summary judgment in the alternative and opposition to Defendants' cross-motion for summary judgment on **August 24, 2021**;

- Defendants will file a reply in support of their cross-motion for summary judgment on **August 31, 2021**;

- Defendants' obligation to file an answer to the complaint is stayed until after the Court resolves the cross-motions for summary judgment, if necessary.

The parties appreciate the Court's consideration and respectfully request entry of the attached proposed order.

Date: July 7, 2021

Respectfully submitted,

*/s/ Philip J. Perry*
Philip J. Perry (DC Bar No. 434278)
Andrew D. Prins (DC Bar No. 998490)
Ryan S. Baasch (DC Bar No. 144370)
Gregory B. in den Berken (DC Bar No. 252848)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200

Fax: (202) 637-2201
Email: philip.perry@lw.com

*Attorneys for Plaintiff*

*/s/ Jody D. Lowenstein*
JODY D. LOWENSTEIN
Mont. Bar No. 55816869
KATE TALMOR
RACHAEL L. WESTMORELAND
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Phone: (202) 598-9280
Email: jody.d.lowenstein@usdoj.gov

*Attorneys for Defendants*