## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED THERAPEUTICS CORPORATION,

                Plaintiff,

       v.

DIANA ESPINOSA, Acting Administrator of
U.S. Health Resources and Services
Administration, U.S. HEALTH RESOURCES
AND SERVICES ADMINISTRATION,
XAVIER BECERRA, Secretary of Health and
Human Services, and U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES,

                Defendants.

Case No. 1:21-cv-01686

## PLAINTIFF UNITED THERAPEUTICS CORPORATION'S
## MOTION FOR SUMMARY JUDGMENT

Plaintiff United Therapeutics Corporation (UT) respectfully moves this Court for summary judgment pursuant to Federal Rule of Civil Procedure 56(c).  For the reasons set forth more fully in UT's accompanying memorandum, UT requests that the Court enter summary judgment in its favor, vacate HRSA's May 17 and 28, 2021 determination that UT is violating 42 U.S.C. § 256b, declare that UT's policies do not violate 42 U.S.C. § 256b, and grant any other appropriate relief.

Date: July 16, 2021                    Respectfully submitted,


                                       */s/ Philip J. Perry*
                                       Philip J. Perry (DC Bar No. 434278)
                                       Andrew D. Prins (DC Bar No. 998490)
                                       Ryan S. Baasch (DC Bar No. 144370)
                                       Gregory B. in den Berken (DC Bar No. 252848)
                                       LATHAM & WATKINS LLP
                                       555 Eleventh Street NW, Suite 1000
                                       Washington, DC 20004
                                       Tel: (202) 637-2200
                                       Fax: (202) 637-2201
                                       Email: philip.perry@lw.com

                                       *Attorneys for Plaintiff*