IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED THERAPEUTICS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>DIANA ESPINOSA, Acting Administrator of U.S. Health Resources and Services Administration, U.S. HEALTH RESOURCES AND SERVICES ADMINISTRATION, XAVIER BECERRA, Secretary of Health and Human Services, and U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,<br><br>Defendants. | Case No. 1:21-cv-01686 |

**NOTICE OF WITHDRAWAL OF COUNSEL**

Pursuant to Local Civil Rule 83.6, Attorney Ryan S. Baasch respectfully submits this notice of withdrawal as counsel for Plaintiff United Therapeutics Corporation. Mr. Baasch will no longer be employed by Latham & Watkins, LLP, effective September 30, 2021. Plaintiff will continue to be represented by the remaining attorneys from Latham & Watkins LLP listed below.

Dated: September 28, 2021

                                              Respectfully submitted,

                                              /s/ Ryan S. Baasch
                                              Philip J. Perry (DC Bar No. 434278)
                                              Andrew D. Prins (DC Bar No. 998490)
                                              Ryan S. Baasch (DC Bar No. 144370)
                                              Gregory B. in den Berken (DC Bar No. 252848)

                                              LATHAM & WATKINS LLP

555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: ryan.baasch@lw.com

*Attorneys for Plaintiff*
*United Therapeutics Corporation*